Henry H. Petze, as Trustee of Morse Iron Works and Dry Dock Company, Bankrupt, Appellant, v. Charles G. Street, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Opening East One Hundred and Seventy-ninth Street from Third Avenue to Southern Boulevard, in the Twenty-fourth Ward, Borough of Bronx, New York City. William G. Mulligan, Appellant; Raymond C. Haff, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frederick R. Giebelhausen and Others, Respondents, v. A. Ewing Sumner and Horton Sumner, Appellants, Impleaded with Florence G. Felton and Madeline Mende.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William J. Rafferty, Respondent, v. The Security Trust and Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Electro-Tint Engraving Company, Appellant, v. American Handkerchief Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Katherine I. Myers, Respondent, v. Ellen T. Herzog, Formerly Ellen T. Adams, Appellant, Impleaded with James H. Wheeler.— Order affirmed, with ten dollars costs and disbursements, on *Brooks Brothers* v. *Tiffany* (117 App. Div. 470) and *Backes* v. *Mechanics & Traders' Bank* (130 id. 20).

Oscar M. Edgerley, Appellant, v. Samuel P. Blackburn and Eugene H. Morse, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Clarke and Scott, JJ., dissented.

Beatrice Tranter, Respondent, v. Sefton Tranter, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mabel C. Golding, Respondent, v. John N. Golding, Appellant.— Order modified by reducing alimony to $500 per month, and as so modified affirmed, without costs. No opinion.

Pierre Ibled, Appellant, v. Arthur J. Koehler, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mendel Gottesman and David S. Gottesman, Appellants, v. Barrett Manufacturing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Albert B. Gross and Others, Respondents, v. Michael J. Leo, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benjamin Stern, Appellant, v. Sara Stern, as Executrix, etc., of Simon H. Stern, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of John W. Hotaling, Appellant, for Discharge on a Writ of Habeas Corpus. Clara A. Hotaling, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.